

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-12-00432-CR

Style:          Jonithan Quinn

          v. The State of Texas

Date motion filed[*]:          November 6, 2013

Type of motion:          Motion to continue submission date and motion for extension of time to file *Anders*

          response

Party filing motion:          Appellant

Document to be filed:          *Anders* response

Is appeal accelerated?      No

If motion to extend time:

    Original due date:          January 14, 2013

    Number of previous extensions granted:    0        Current Due date:

    Date Requested:

Ordered that motion is:

    ☑     Granted

         If document is to be filed, document due:  November 26, 2013

        ☑     The Court will not grant additional motions to extend time

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

    **Appellant's motion is granted.  The submission date of this appeal is extended until November 26, 2013. Appellant's appeal will be set for submission on November 26, 2013.  Appellant's *Anders* response is due November 26, 2013.  If appellant has retained counsel to represent him in this appeal, counsel must file a motion for substitution of counsel in accordance with the Texas Rules of Appellate Procedure.  Further, retained counsel may not file an *Anders* response on behalf of appellant.  *See Matthews v. State*, Nos. 07-10-00385-CR, 07-10-0386-CR, 2011 WL 1376908, at \*2 n.2 (Tex. App.—Amarillo Apr. 12, 2011, no pet.). Instead, "any meritorious ground for appeal [retained counsel] intends to raise on appellant's behalf shall be presented to this court in a brief complying with the requirements of Rule of Appellate Procedure 38.1." *Id.***

Judge's signature:   /s/ Laura C. Higley
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  November 12, 2013

November 7, 2008 Revision